# **Exhibit A**

Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| PGHC Holdings, Inc., *et al.*, | Case No. 18-12537 (MFW) |
| Debtors.[1] | Jointly Administered |
| | **Re: D.I. _____** |

**ORDER GRANTING DEBTORS' FIRST OMNIBUS MOTION FOR ENTRY OF
AN ORDER (I) AUTHORIZING THE DEBTORS TO (A) REJECT CERTAIN
UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY *NUNC PRO
TUNC* TO THE PETITION DATE, AND (B) ABANDON PERSONAL PROPERTY
IN CONNECTION THEREWITH AND (II) GRANTING RELATED RELIEF**

Upon the first omnibus motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), pursuant to sections 105(a) and 365 of the Bankruptcy Code and Bankruptcy Rule 6006, for entry of an order (this "Oder"): (i) authorizing the Debtors to (a) reject the unexpired leases of nonresidential real property (the "Leases") identified on **Exhibit 1** to this Order *nunc pro tunc* to the Petition Date and (b) abandon the Remaining Property of the Debtors left at the premises subject to the Leases and (ii) granting related relief; and upon consideration of the Wendland Declaration; and due and sufficient notice of the Motion having been given under the circumstances; and it appearing that no other or further notice need be provided under the circumstances; and it appearing that the

---

[1]   The Debtors in these cases, along with the last four digits of each Debtors' federal EIN, are as follows: PGHC Holdings, Inc. (4262); Papa Gino's Holdings Corp. (6681); Papa Gino's, Inc. (1264); Papa Gino's Franchising Corp. (2690); Papa Gino's/D'Angelo Card Services, Inc. (0621); D'Angelo's Sandwich Shops, Inc. (7947); Progressive Food, Inc. (6224); D'Angelo Franchising Corporation (8398); and Delops, Inc. (7945).  The Debtors' mailing address is 600 Providence Highway, Dedham, MA 02026.

[2]   Capitalized terms not defined herein are defined in the Motion.

relief requested by this Motion is in the best interests of the Debtors, their estates, their creditors

and other parties in interest; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      Pursuant to section 365 of the Bankruptcy Code, the Leases identified on

**Exhibit 1** to this Order are hereby rejected effective as of the Petition Date.

3.      The Debtors are authorized to abandon, and shall be deemed to have

abandoned as of the Petition Date, any personal property, including but not limited to furniture,

fixtures, equipment and unsold inventory (the "Remaining Property") located at the Closed

Locations subject to the Leases free and clear of all liens, claims, encumbrances, interests and

rights of third parties.  The lessor under each Lease is authorized to dispose of the Remaining

Property located at or within the leased premises, without further notice and without any liability

to any individual or entity that may claim an interest in such Remaining Property, and such

abandonment shall be without prejudice to such lessor's right to assert any claim based on such

abandonment, and without prejudice to the Debtors' and to any other party in interest's right to

object thereto.  The automatic stay is modified to the extent necessary to allow such dispositions.

4.      The Debtors are hereby authorized, but not directed, to cancel as of the

Petition Date any general liability insurance, flood insurance or other insurance required to be

maintained by any Lease or in respect of any Lease premises.

5.      Any person or entity that holds a claim arising from rejection of any of the

Leases must file a proof of claim within thirty (30) days of entry of this Order.  If no proof of

claim is timely filed, then such person or entity shall not be treated as a creditor with respect to

such claim or claims for voting on any chapter 11 plan in these chapter 11 cases and shall be

forever barred from asserting a claim for rejection damages and from participating in any distributions that may be made in connection with the Debtors' bankruptcy cases.

6.     The Debtors do not waive any claims that they may have against any counterparty to the Leases, whether or not such claims arise under, are related to the rejection of, or are independent of the Leases.  Nothing herein shall prejudice the rights of the Debtors to argue that any of the Leases were terminated or expired pursuant to their terms prior to the Petition Date; that any claim for damages arising from the rejection of the Leases is limited to the remedies available under any applicable termination provision of such Lease; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

7.     The terms and conditions of this order shall be immediately effective and enforceable upon its entry notwithstanding any Bankruptcy Rule to the contrary.

8.     The Motion and the rejection of the Leases comply with the requirements of Bankruptcy Rule 6006(f).

9.     The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

10.    This Court shall retain jurisdiction with respect to all matters related to the interpretation or implementation of this Order.


Dated: _____, 2018
         Wilmington, Delaware


_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

# **Exhibit 1**

Leases to be Rejected

| | Lessor Name (listed alphabetically) | Lessor Address(es) | Address of Leased Premises | Restaurant ID No. | Debtor Party to Lease |
|---|---|---|---|---|---|
| 1. | 1241 Main Street LLC & Simon 74th Street, LLC | c/o Related Beal, LLC<br>177 Milk Street<br>Boston, MA 02109<br>Attn: Asset Management | 1241 Main St.<br>Worcester, MA 01603 | 1090 | Papa Gino's, Inc. |
| 2. | 1349-1351 Hyde Park Avenue LLC | 79 Walker Road<br>Westwood, MA 02090 | 1345 Hyde Park Ave.<br>Hyde Park, MA 02136 | 5236 | Delops, Inc. |
| 3. | 188 Needham Street LP | c/o Crosspoint Associates, Inc.<br>300 Third Ave, Ste 2<br>Waltham, MA 02451<br>Attn: John Hueber | 188 Needham Street<br>Newton, MA 02464 | 1215 | Papa Gino's, Inc. |
| 4. | 1907 LLC | c/o M-M Realty Trust<br>33 Commercial Street<br>Gloucester, MA 01930 | 233 Main Street Plaza<br>Gloucester, MA 01930 | 1211 | Papa Gino's, Inc. |
| 5. | 2-14 Medford St. Series LLC | 455 Massachusetts Ave.<br>Arlington, MA 02474 | 457 Massachusetts Ave.<br>Arlington, MA 02474 | 1003 | Papa Gino's, Inc. |
| 6. | 409 Columbia Road Trust | Charles C. Hajjar, Trustee<br>30 Adams St<br>Milton, MA 02186 | 409 Columbia Rd.<br>Hanover, MA 02339 | 5046 | Delops, Inc. |
| 7. | 548 Dartmouth Street Realty Trust | 636 County Road<br>Taunton MA 02780 | 548 Dartmouth St.<br>S. Dartmouth, MA 02748 | 5304 | Delops, Inc. |

| | Lessor Name (listed alphabetically) | Lessor Address(es) | Address of Leased Premises | Restaurant ID No. | Debtor Party to Lease |
|---|---|---|---|---|---|
| 8. | 897 North Montello Realty Trust | 263 Alder Lane<br>P.O. Box 1481<br>No. Falmouth, MA  02556 | 897 N. Montello St.<br>Brockton, MA 02301 | 1021 | Papa Gino's, Inc. |
| 9. | Amalgamated Financial Group IV | 1414 Atwood Ave.<br>Johnston, RI  02919 | 12 Narragansett Park Dr.<br>E. Providence, RI 02916 | 408 | Papa Gino's, Inc. |
| 10. | Andover Holding Company LLC | c/o The Stop & Shop Supermarket Co LLC<br>Attn: Sr. VP Real Estate<br>1385 Hancock Street<br>Quincy, MA 02169<br><br>and<br><br>c/o The Stop & Shop Supermarket Co LLC<br>Attn: VP Real Estate Law<br>1285 Hancock Street<br>Quincy, MA 02169 | 209 N. Main St.<br>Andover, MA 01810 | 1085 | Papa Gino's, Inc. |

3

| | Lessor Name (listed alphabetically) | Lessor Address(es) | Address of Leased Premises | Restaurant ID No. | Debtor Party to Lease |
|---|---|---|---|---|---|
| 11. | Ashland Plaza (E&A) LLC | c/o Edens & Avant #2317<br>21 Custom House Street<br>Suite 450<br>Boston, MA 02110<br><br>and<br><br>Attn: Legal Dept.<br>1221 Main Street, Suite 100<br>Columbia, SC 29201 | 301 Pond St.<br>Ashland, MA 01721 | 1168 | Papa Gino's, Inc. |
| 12. | Auburn Plaza Inc. | 550 Center Street<br>Auburn, ME 04210<br>Attn: David K. Lee, GM | 550 Center St.<br>Auburn, ME 04210 | 701 | Papa Gino's, Inc. |
| 13. | Belmont Street North LLC | P.O. Box 619<br>Cotuit, MA 02635<br>Attn: Vanessa Gumbert/Peter Mihos | 739 Belmont St<br>Brockton, MA 02301 | 5035 | Delops, Inc. |
| 14. | Botsolis Family Realty Trust | c/o James Botsolis<br>102 Plain Street<br>Braintree, MA 02184 | 1615 Main Street<br>Chatham, MA 02633 | 5376 | Delops, Inc. |
| 15. | Brixmor Management Joint Venture 2, LLC | c/o Brixmor Property Group Inc.<br>1 Fayette Street<br>Conshohocken, PA 19428 | 1 Snow Road<br>Marshfield, MA 02050 | 1203 | Papa Gino's, Inc. |

4

| | Lessor Name (listed alphabetically) | Lessor Address(es) | Address of Leased Premises | Restaurant ID No. | Debtor Party to Lease |
|---|---|---|---|---|---|
| 16. | Brookfield Realty Trust | 2900 N.E. 14thStreet, Apt #508 Pompano Beach, FL 33062 Attn: John Dustin | 314 Cabot Street Beverly, MA 01915 | 1204 | Papa Gino's, Inc. |
| 17. | CambridgeSide Galleria Associates Trust | c/o UBS Realty Investors LLC 10 State House Square 15th floor Hartford, CT 06103 and c/o New England Development 1 Wells Ave. Newton, MA 02459 and c/o Goulston & Storrs, P.C. 400 Atlantic Avenue Boston, MA 02110-3333 Attn: Cambridge Side Galleria | 100 Cambridgeside Pl Cambridge, MA 02141 | 5339 | Delops, Inc. |
| 18. | Canyon Enterprises, LLC | 807 Apache Mountain Lane Georgetown, TX 78633 | 445 Main St. East Hartford, CT 06118 | 5081 | Delops, Inc. |

| | Lessor Name (listed alphabetically) | Lessor Address(es) | Address of Leased Premises | Restaurant ID No. | Debtor Party to Lease |
|---|---|---|---|---|---|
| 19. | Carriagetown Station LLC | Attn: Nina Regan<br>11501 Northlake Drive<br>Cincinnati OH 45249<br><br>and<br><br>c/o The Phillips Edison Group<br>11501 Northlake Drive<br>Cincinnati OH 45249 | 100 Macy St.<br>Amesbury, MA 01913 | 1202 | Papa Gino's, Inc. |
| 20. | CEA Bromfield LLC | c/o CEA Group, Inc.<br>1105 Massachusetts Ave, Suite 2-F<br>Cambridge, MA 02138 | 1111C South Willow St.<br>Manchester, NH 03103 | 324 | Papa Gino's, Inc. |
| 21. | Cedar-Fieldstone Marketplace, LP | c/o Cedar Realty Trust Partnership, L.P.<br>44 South Bayles Avenue<br>Suite 304<br>Port Washington, NY 11050<br>Attn: COO [Fieldstone Marketplace] | 950 Kings Hwy.<br>New Bedford, MA 02745 | 1181 | Papa Gino's, Inc. |
| 22. | CGMA South Dartmouth, LLC | 1414 Atwood Avenue<br>Johnston, RI 02919 | 704 Dartmouth St.<br>S. Dartmouth, MA 02748 | 1165 | Papa Gino's, Inc. |

| | Lessor Name (listed alphabetically) | Lessor Address(es) | Address of Leased Premises | Restaurant ID No. | Debtor Party to Lease |
|---|---|---|---|---|---|
| 23. | Citizens Bank, N.A. | OHP100<br>Attn: Monica Wilson<br>4221 Pearl Road<br>Cleveland, OH 44109<br><br>and<br><br>Attn: Property Services<br>One Citizens Bank Way<br>Johnston, RI 02919<br><br>and<br><br>Attn: Legal Counsel – Property Services<br>One Citizens Bank Way<br>Johnston, RI 02919<br><br>and<br><br>c/o Jones Lang LaSalle<br>JLL Center – Lease Admin Dept.<br>260 Forbes Avenue, Suite 1300<br>Pittsburgh, PA 1522 | Rte 12A & Airport Road<br>Lebanon, NH 03784 | 5269 | Delops, Inc. |
| 24. | CJ General Realty, LLC | Paul Deluca<br>208 Main Street<br>Weymouth, MA  02188 | 208 Main St<br>Weymouth, MA 02188 | 5192 | Delops, Inc. |

| | Lessor Name (listed alphabetically) | Lessor Address(es) | Address of Leased Premises | Restaurant ID No. | Debtor Party to Lease |
|---|---|---|---|---|---|
| 25. | Cobb Corner LLC | 1401 Providence Highway, Suite #4 Norwood, MA  02062 Bob MacDonald | 115 Sharon St. Stoughton, MA 02072 | 1017 | Papa Gino's, Inc. |
| 26. | Cohasset Realty Trust | P.O. Box 103 Cohasset, MA 02025 Attn: Donald E. Staszko | 380 Chief Justice Highway Route 3A Cohasset, MA 02025 | 1075 | Papa Gino's, Inc. |
| 27. | Colony Place Village LLC | c/o Saxon Partners 25 Recreation Park Dr., Suite 204 Hingham, MA 02043 Attn: Donald S. Smith  and  c/o KeyPoint Partners, LLC 174 Colony Place Plymouth, MA 02360 Attn: Property Management | Route 44 & Commerce Way Plymouth, MA 02360 | 5368 | Delops, Inc. |
| 28. | Compton Realty LLC | Allen Mello 24 Appletree Green Nashua, NH 03062 | 1 Executive Park Dr Merrimack, NH 03054 | 5173 | Delops, Inc. |

| | Lessor Name (listed alphabetically) | Lessor Address(es) | Address of Leased Premises | Restaurant ID No. | Debtor Party to Lease |
|---|---|---|---|---|---|
| 29. | CREFII Silver City LLC | The MGHerring Property Group LLC (Agent for CREFII Silver City, LLC) 5710 LBJ Freeway Suite 450 Dallas TX 75240 Attn: Legal<br><br>and<br><br>411 West Putnam Avenue Suite 425 Greenwich, CT 06830 | 2 Galleria Mall Dr. Unit FC10 Taunton, MA 02780 | 5341 | Delops, Inc. |
| 30. | D'Angelo Inc. | P.O. Box 519 323 Manley Street West Bridgewater, MA 02379 Attn: Keith McLaughlin | 195 E. Main St Milford, MA 01757 | 5059 | Delops, Inc. |
| 31. | D'Angelo Inc. | P.O. Box 519 323 Manley Street West Bridgewater, MA 02379 Attn: Keith McLaughlin | 130-134 Highland Ave Rt. 6 Seekonk, MA 02771 | 5067 | Delops, Inc. |
| 32. | D'Angelo Inc. | P.O. Box 519 323 Manley Street West Bridgewater, MA 02379 Attn: Keith McLaughlin | 332 N Main St. Randolph, MA 02368 | 5070 | Delops, Inc. |

| | Lessor Name (listed alphabetically) | Lessor Address(es) | Address of Leased Premises | Restaurant ID No. | Debtor Party to Lease |
|---|---|---|---|---|---|
| 33. | D'Angelo Inc. | P.O. Box 519￼323 Manley Street￼West Bridgewater, MA 02379￼Attn: Keith McLaughlin | 365 S Broadway￼Salem, NH 03079 | 5156 | Delops, Inc. |
| 34. | Dartmouth Trust | Dorothy W. Goldberg or Michael Panagakus, Trustee￼P.M. Associates￼914 Mt. Pleasant St.￼New Bedford, MA 02745 | 329 State Road￼N. Dartmouth, MA 02747 | 1118 | Papa Gino's, Inc. |
| 35. | Delta & Delta Realty Trust | c/o C&R Management￼875 East Street￼Tewksbury, MA  01876￼￼and￼￼John Mathews￼RMD￼881 East Street￼Tewksbury, MA 01876 | 277 Daniel Webster Hwy￼Nashua, NH 03060 | 302 | Papa Gino's, Inc. |
| 36. | Demoulas Supermarkets Inc. | 875 East Street￼Tewksbury, MA 01876 | 21 Wood St.￼Lowell, MA 01851 | 1073 | Papa Gino's, Inc. |
| 37. | DP1 LLC | Commercial Property Advisors LLC￼152 Simsbury Road￼Avon, CT 06001 | 210 W Main St￼Avon, CT 06001 | 5100 | Delops, Inc. |

| | Lessor Name (listed alphabetically) | Lessor Address(es) | Address of Leased Premises | Restaurant ID No. | Debtor Party to Lease |
|---|---|---|---|---|---|
| 38. | E & A Northeast Limited Partnership | c/o E & A Investments LP<br>P.O. Box 528<br>Columbia, SC 29202<br><br>and<br><br>1221 Main St, Suite 1000<br>Columbia, SC 29201<br><br>and<br><br>Management Company<br>Edens & Avant<br>21 Custom House Street<br>Suite 450<br>Boston, MA 02110 | Bishop's Corner Shopping Center<br>333 N Main St., Unit #30<br>West Hartford, CT 06117 | 5374 | Delops, Inc. |
| 39. | E & E Realty Trust | Elizabeth Proko & S. Edward Proko, Trustees<br>2 Holden Street<br>Worcester, MA 02605 | 645 Chandler St.<br>Worcester, MA 01602 | 1133 | Papa Gino's, Inc. |
| 40. | Evans, Thomas | 200 Windham Road<br>Marlboro, CT 06447 | 59 EAST ST.<br>Plainville, CT 06062 | 5308 | Delops, Inc. |

| | Lessor Name (listed alphabetically) | Lessor Address(es) | Address of Leased Premises | Restaurant ID No. | Debtor Party to Lease |
|---|---|---|---|---|---|
| 41. | FR Chelsea Commons II, LLC | c/o Federal Realty Investment Trust 1626 East Jefferson Street Rockville, MD 20852 | 1100 Revere Beach Pkwy Chelsea, MA 02150 | 1207 | Papa Gino's, Inc. |
| 42. | GAI LLC | c/o Kim Washburn 10 NW Drake Road Bend, OR 97701<br><br>or<br><br>c/o Kim Washburn 70 SW Century Dr. Suite 100-449 Bend, OR 97702 | RT. 75 2 National Drive Windsor Locks, CT 06096 | 518 | Papa Gino's, Inc. |
| 43. | Granite St. Realty Trust | c/o Cartwright Funeral Home 845 Washington St. Braintree, MA  02184<br><br>and<br><br>419 N. Main St. Randolph, MA 02368 | 485 Granite St. Braintree, MA 02184 | 5216 | Delops, Inc. |
| 44. | Heritage & Lafayette LLC | c/o CP Management Inc. 11 Court Street, Suite 100 Exeter, NH 03833 | 2800 Lafayette Rd. Portsmouth, NH 03801 | 321 | Papa Gino's, Inc. |

| | Lessor Name (listed alphabetically) | Lessor Address(es) | Address of Leased Premises | Restaurant ID No. | Debtor Party to Lease |
|---|---|---|---|---|---|
| 45. | Hoffman, Harvey | 85 Brewster Road W. Hartford, CT 06117 | 25 Kane St. West Hartford, CT 06119 | 5294 | Delops, Inc. |
| 46. | Ireland, George E. | 241 W. Lebanon Road Lebanon, ME 04027 | 79 S. Main St. Rochester, NH 03867 | 5133 | Delops, Inc. |
| 47. | J. G. Tellier Realty Trust | P.O. Box 106 Belmont, MA 02478 | 363 Great Rd Bedford, MA 01730 | 5168 | Delops, Inc. |
| 48. | Jamp Realty LLC | 62 Commercial Wharf East Boston, MA 02110 Attn: Pamela Hickey | 11 Memorial Parkway Randolph, MA 02368 | 1092 | Papa Gino's, Inc. |
| 49. | Jobel Shopperstown Assoc., LLC | 76 Walnut Street P.O. Box 4207 Dedham, MA 02027-4201 | 593 Taunton Ave. East Providence, RI 02914 | 5189 | Delops, Inc. |
| 50. | John Michael Realty Trust | c/o John A. DeCola, Trustee 28 Willard St. Waltham, MA 02451 | 310 Great Road Bedford, MA 01730 | 1086 | Papa Gino's, Inc. |
| 51. | Kaufman Associates Inc. | 187 North Main Street P.O. Box 1384 Providence, RI 02901 | 1072 Tiogue Ave Coventry, RI 02816 | 433 | Papa Gino's, Inc. |
| 52. | Kecy Family LP | c/o Phyllis Gervais 13 Wyndbrook Lane Tyngsborough, MA 01879 | 43 Drum Hill Rd North Chelmsford, MA 01863 | 5174 | Delops, Inc. |

| | Lessor Name (listed alphabetically) | Lessor Address(es) | Address of Leased Premises | Restaurant ID No. | Debtor Party to Lease |
|---|---|---|---|---|---|
| 53. | KF Realty Associates | c/o United Properties Group, Inc. 1330 Boylston St., Suite 608 Chestnut Hill, MA 02467 | 191 Watertown St. Newton, MA 02472 | 1130 | Papa Gino's, Inc. |
| 54. | Lauramelisa Realty Trust | Joseph Gied Trustee 6 Manchester Circle Holliston MA 01746 | 614 W Main Rd Middletown, RI 02842 | 431 | Papa Gino's, Inc. |
| 55. | Linear Retail Milford #1 LLC | c/o KeyPoint Partners, LLC One Burlington Woods Drive Burlington, MA 01803 or c/o Boston Private Bank Dept. #240, P.O. Box 4106 Woburn, MA | 138 S. Main St Rt. 140 Milford, MA 01757 | 5237 | Delops, Inc. |
| 56. | Mall at Rockingham, LLC | c/o M.S. Management Associates, Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | 99 Rockingham Park Blvd F209 Salem, NH 03079 | 5340 | Delops, Inc. |
| 57. | Mall at Solomon Pond, LLC | c/o M.S. Management Associates, Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | 601 Donald Lynch Blvd Marlborough, MA 01752 | 5355 | Delops, Inc. |

| | Lessor Name (listed alphabetically) | Lessor Address(es) | Address of Leased Premises | Restaurant ID No. | Debtor Party to Lease |
|---|---|---|---|---|---|
| 58. | Mayflower Cape Cod LLC | c/o Simon Property Group LP 225 W. Washington Street Indianapolis, IN 46204-3438 | 793 Iyannough Rd. Hyannis, MA 02601 | 5095 | Delops, Inc. |
| 59. | McLaughlin, Brian J. | c/o D'Angelo Inc. P.O. Box 519 323 Manley Street West Bridgewater, MA 02379 | 124 Turnpike Rd. Westborough, MA 01581 | 5075 | Delops, Inc. |
| 60. | McLaughlin, Brian J. | c/o D'Angelo Inc. P.O. Box 519 323 Manley Street West Bridgewater, MA 02379 | 494 Amherst St Nashua, NH 03063 | 5088 | Delops, Inc. |
| 61. | McLaughlin, Brian J. | c/o D'Angelo Inc. 323 Manley Street P.O. Box 519 W. Bridgewater, MA 02379 | 1297 Main St South Yarmouth, MA 02664 | 5375 | Delops, Inc. |
| 62. | McLaughlin, James H. | 323 Manley Street W. Bridgewater, MA 02379 | 1049 Main St. South Weymouth, MA 02190 | 5073 | Delops, Inc. |
| 63. | Merrimack Income Partners, LP | c/o The Wilder Companies 800 Boylston St, Ste 1300 Boston, MA 02199 | 188 Haverhill St. Methuen, MA 01844 | 1170 | Papa Gino's, Inc. |

| | Lessor Name (listed alphabetically) | Lessor Address(es) | Address of Leased Premises | Restaurant ID No. | Debtor Party to Lease |
|---|---|---|---|---|---|
| 64. | National Development Group, Inc. | 1481 Atwood Ave. Johnston, RI 02919 | 1450 Atwood Ave. Johnston, RI 02919 | 5031 | Delops, Inc. |
| 65. | New Hanover Ground Lessor LLC | 600 Loring Avenue Salem, MA 01970 | 1426 Washington St Hanover, MA 02339 | 5338 | Delops, Inc. |
| 66. | Ordower, Lawrence | c/o Ordower & Ordower, PC 25 East Washington Street, Suite 1400 Chicago, IL 60602 | 100 Maplewood St. Malden, MA 02148 | 1117 | Papa Gino's, Inc. |
| 67. | Peace & Grace Realty LLC | Grace Property Mgmt 25 Mary Agnes Road Framingham, MA 01701 | 399 John Fitch Hwy Fitchburg, MA 01420 | 1008 | Papa Gino's, Inc. |
| 68. | Picerne Investment Corporation | 75 Lambert Lind Highway Warwick, RI  02886 | 624 Reservoir Ave. Cranston, RI 02910 | 428 | Papa Gino's, Inc. |
| 69. | Plaza 28 Nominee Trust | c/o Marcel R. Poyat Post Office Square 20F Camp Opechee Road Centerville, MA 02632 | 187 Falmouth Rd Hyannis, MA 02601 | 5053 | Delops, Inc. |

| | Lessor Name (listed alphabetically) | Lessor Address(es) | Address of Leased Premises | Restaurant ID No. | Debtor Party to Lease |
|---|---|---|---|---|---|
| 70. | Port Plaza Realty Trust | c/o SBK Associates LLC<br>Attn: David Kaplan, Mgr Finance & Admin<br>P.O Box 537<br>Manchester, CT 06040<br><br>and<br><br>Attn: Richard Kaplan<br>P.O. Box 620122<br>Newton, MA 02462-0122 | 47 Storey Ave.<br>Newburyport, MA 01950 | 5360 | Delops, Inc. |
| 71. | Powder Mill Power LLC | c/o LMS Commercial Real Estate<br>120 North Pointe Blvd. Ste 301<br>Lancaster, PA 17601<br>Attn: Kristi Boyer | 82 Powder Mill Road<br>Acton, MA 01720 | 1122 | Papa Gino's, Inc. |

| | Lessor Name (listed alphabetically) | Lessor Address(es) | Address of Leased Premises | Restaurant ID No. | Debtor Party to Lease |
|---|---|---|---|---|---|
| 72. | Regency Centers Corporation | c/o Regency Centers Corporation 121 W. Forsyth St, Suite 200 Jacksonville, FL 32202 and Regency Centers LP 150 Monument Road, Suite 406 Bala Cynwyd, PA 19004 Attn: Bill Madway and Tom Foy Cornerstone Properties, Inc. 231 Farmington Ave. Farmington, CT 06032 | 1491 New Britain Ave West Hartford, CT 06110 | 5332 | Delops, Inc. |
| 73. | Riverside Associates LLC | c/o Hamilton Company 39 Brighton Avenue Boston, MA 02134 | 23 Riverside Avenue Medford, MA 02155 | 1210 | Papa Gino's, Inc. |
| 74. | RK Associates-Marlboro Inc. | c/o RK Centers 50 Cabot Street Needham MA 02494 Attn: David Katz | 197 Boston Post Rd. West Marlborough, MA 01752 | 1201 | Papa Gino's, Inc. |

| | Lessor Name (listed alphabetically) | Lessor Address(es) | Address of Leased Premises | Restaurant ID No. | Debtor Party to Lease |
|---|---|---|---|---|---|
| 75. | RK Hudson Realty Associates | c/o R.K. Centers 50 Cabot Street; Suite 200 Needham MA 02494 Attn: David Katz or Jon Maimon | 205 Washington St. Hudson, MA 01749 | 1145 | Papa Gino's, Inc. |
| 76. | RK Pembroke LLC | c/o RK Centers 50 Cabot Street, Suite 200 Needham, MA 02494 | 150 Church Street Pembroke, MA 02359 | 1099 | Papa Gino's, Inc. |
| 77. | Ross Realty Trust | Stanley Ross & Frances C. Ross, Trustees 14893 Wedgefield Dr. #14-210 Delray, FL 33446-1381 | 73 Highland Ave Needham, MA 02494 | 5266 | Delops, Inc. |
| 78. | Route 140 School Street LLC | c/o WS Asset Management & Assoc. 33 Boylston Street Suite 3000 Chestnut Hill, MA 02467  and  c/o WS Asset Management Inc. 33 Boylston Street, Suite 3000 Chestnut Hill, MA 02467 | 280 School Street Mansfield, MA 02048 | 1208 | Papa Gino's, Inc. |

| | Lessor Name (listed alphabetically) | Lessor Address(es) | Address of Leased Premises | Restaurant ID No. | Debtor Party to Lease |
|---|---|---|---|---|---|
| 79. | RTGT Inc. | P.O. Box 446<br>North Grafton, MA 01536<br><br>and<br><br>167 SW Cutoff<br>Worcester, MA 01604 | 2021 Revere Beach Pkwy<br>Everett, MA 02149 | 5346 | Delops, Inc. |
| 80. | Smith, Donald F. | 522 SW Pine Tree Lane<br>Palm City, FL 34990-1422 | 1833 White Mountain Hwy<br>North Conway, NH 03860 | 5359 | Delops, Inc. |
| 81. | Southwest Properties, LLC | Attn: Meghan Brescia<br>PO Box 742<br>Sutton, MA 01590<br><br>and<br><br>33 Clubhouse Way<br>Sutton, MA 01590 | 545 Southwest Connector, Route 20<br>Worcester, MA 01607 | 1139 | Papa Gino's, Inc. |
| 82. | Stergiou, John C. | 95 No. Acre Rd.<br>Manchester, NH  03104 | 673 Daniel Webster Highway<br>Manchester, NH 03104 | 5286 | Delops, Inc. |

| | Lessor Name (listed alphabetically) | Lessor Address(es) | Address of Leased Premises | Restaurant ID No. | Debtor Party to Lease |
|---|---|---|---|---|---|
| 83. | Sunrise 77 Associates | c/o United Capital Corp United Capital Bldg 9 Park Place Great Neck, NY 11021 Attn: Michael Lamoretti | 205 East Main St. Marlboro, MA 01752 | 1078 | Papa Gino's, Inc. |
| 84. | The Theatre District LLC | c/o The Wilder Companies Prudential Center 800 Boylston Street, Suite 1300 Boston, MA  02115 | Stuart St, 8-10 Park Plaza Trans. Bldg. Boston, MA 02116 | 5303 | Delops, Inc. |
| 85. | Thin Crust Realty LLC | c/o Centercorp Properties 600 Loring Avenue Salem, MA 01970 | 53 E Broadway Derry, NH 03038 | 5117 | Delops, Inc. |
| 86. | Tri-City Improvements LLC | c/o DLC Management Corp 580 White Plains Road Tarrytown, NY 10591 Attn: Adam Ifshin | Rt 83 - Tri City Plaza 35 Talcotville Road Vernon, CT 06066 | 510 | Papa Gino's, Inc. |

| | Lessor Name (listed alphabetically) | Lessor Address(es) | Address of Leased Premises | Restaurant ID No. | Debtor Party to Lease |
|---|---|---|---|---|---|
| 87. | Vernco 156, LLC | 70 Washington Street, Suite 310 Salem, MA 01970 Attn: George Vernet, Manager<br><br>and<br><br>70 Washington Street, Suite 310 Salem, MA 01970 Attn: Kathy Franson, Office Manager | 156 Andover St.- Rte 114 Danvers, MA 01923 | 1131 | Papa Gino's, Inc. |
| 88. | Walpole Mall Associates | 90 Providence Highway Walpole, Ma  02032 Attn: Jen Clark<br><br>and<br><br>c/o RP Realty Partners, LLC 1999 Avenue of the Stars, Suite 1260 Los Angeles, CA 90067 Attn: Dan Stansell<br><br>and<br><br>Richard Costanzo CCIM c/o RP Realty Partners, LLC 1801 S. La Cienega Blvd. Suite 301 Los Angeles, CA 90035 | 90 Providence Hwy F330 (Mall) Walpole, MA 02032 | 1187 | Papa Gino's, Inc. |

| | Lessor Name (listed alphabetically) | Lessor Address(es) | Address of Leased Premises | Restaurant ID No. | Debtor Party to Lease |
|---|---|---|---|---|---|
| 89. | Watertown Mall Associates LP | c/o Rosen Associates Mgmt Corp 33 South Service Road, Jericho, NY 11753 | 550 Arsenal St. Watertown, MA 02472 | 1213 | Papa Gino's, Inc. |
| 90. | West L.Newb.Rayn LLC | 69 Great Road P.O. Box 2350 Acton, MA 01720 | 45 Storey Ave. Newburyport, MA 01950 | 1053 | Papa Gino's, Inc. |
| 91. | Westford Plaza Trust | David Popolizio, Trustee 175 Littleton Road Westford, MA 01886 | 175 Littleton Rd Westford, MA 01886 | 5230 | Delops, Inc. |
| 92. | Westford Valley Marketplace Inc. | c/o UBS Realty Investors, LLC 10 State House Square 15th Floor Hartford, CT 06103<br><br>and<br><br>KeyPoint Partners LLC One Burlington Woods Drive Burlington, MA 01803 | 160 Littleton Rd. Westford, MA 01886 | 1156 | Papa Gino's, Inc. |

| | Lessor Name (listed alphabetically) | Lessor Address(es) | Address of Leased Premises | Restaurant ID No. | Debtor Party to Lease |
|---|---|---|---|---|---|
| 93. | Woburn (Edens), LLC | c/o Edens Limited Partnership 1221 Main Street, Suite 1000 Columbia, SC 29201 Attn: Legal Department<br><br>and<br><br>c/o Kenneth Darling 21 Custom House Street, Suite 450 Boston, MA 02110 | 300 Mishawum Rd. Woburn, MA 01801 | 1065 | Papa Gino's, Inc. |
| 94. | Wollaston Place LLC | PO Box 128 Wollaston, MA 02170 | 1 Beal St. Quincy, MA 02170 | 1128 | Papa Gino's, Inc. |
| 95. | Woodrob Realty Trust | 15 Mildred Road Burlington, MA  01803 | 59 Middlesex Turnpike Burlington, MA 01803 | 5113 | Delops, Inc. |