**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>PGHC Holdings, Inc., *et al.*[1],<br><br>                      Debtors. | Chapter 11<br><br>Case No. 18-12537 (MFW) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that the attorneys set forth below represent Sysco Boston LLC ("Sysco"), creditor herein.

The undersigned law firms and attorneys hereby enter their appearance pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b) and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002 and 3017.  All such notices should be addressed as follows:

| | |
|---|---|
| Kathleen M. Miller (No. 2898)<br>Smith, Katzenstein & Jenkins LLP<br>1000 West Street, Suite 1501<br>P.O. Box 410<br>Wilmington, DE  19899 [Courier 19801]<br>Telephone: (302) 652-8400<br>Facsimile: (302) 652-8405<br>Email: kmiller@skjlaw.com | Frank N. White<br>Arnall Golden Gregory LLP<br>171 17th Street NW, Suite 2100<br>Atlanta, Georgia  30363-1031<br>Telephone: (404) 873-7012<br>Fax:  (404) 873-7013<br>Email: frank.white@agg.com |

PLEASE TAKE FURTHER NOTICE THAT, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, any other notice, application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or oral, and whether transmitted or

---

[1] The debtors are Papa Gino's Holdings, Inc., Papa Gino's, Inc., Papa Gino's Franchising Corp., Papa Gino's / D'Angelo Card Services, Inc., D'Angelo's Sandwich Shops, Inc., Progressive Food, Inc., D'Angelo Franchising Corporation, and Delops, Inc.

conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to these cases and any proceedings therein.

This Notice of Appearance and Request for Notices shall not be deemed or construed to be a waiver of Sysco's rights (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in this cases or in any case, controversy, or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) of any other rights, claims, actions, setoffs, or recoupments to Sysco is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Sysco expressly reserves.

Dated:  November 9, 2018

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Kathleen M. Miller*
Kathleen M. Miller (No. 2898)
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE  19899 [Courier 19801]
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
Email: kmiller@skjlaw.com

and

ARNALL GOLDEN GREGORY LLP
Frank N. White
171 17th Street NW, Suite 2100
Atlanta, Georgia  30363-1031
Telephone:  404.873.7012
Fax:  404.873.7013
frank.white@agg.com

*Attorneys for Sysco Boston LLC*