IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| PGHC Holdings, Inc., *et al.*, | Case No. 18-12537 (MFW) |
| Debtors.[1] | Jointly Administered |

NOTICE OF FILING OF REVISED STALKING
HORSE ASSET PURCHASE AGREEMENT

**PLEASE TAKE NOTICE** that, on November 5, 2018, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Motion for (I) an Order Pursuant to Sections 105, 363, 364, 365 and 541 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006 And 9007 and Del. Bankr. L.R. 2002-1 and 6004-1 (A) Approving Bidding Procedures and Bid Protections for the Sale of Substantially All Assets of Debtor; (B) Approving Procedures for the Assumption and Assignment or Rejection of Designated Executory Contracts and Unexpired Leases; (C) Scheduling the Auction and Sale Hearing; (D) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; and (E) Granting Related Relief; (II) an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of Claims, Liens, and Encumbrances; and (B) Approving the Assumption and Assignment or Rejection of Designated Executory Contracts and Unexpired Leases; and (III) Certain Related Relief* [D.I. 20] (the "Sale Motion")[2], with the United States Bankruptcy Court for the

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal EIN, are as follows: PGHC Holdings, Inc. (4262); Papa Gino's Holdings Corp. (6681); Papa Gino's, Inc. (1264); Papa Gino's Franchising Corp. (2690); Papa Gino's/D'Angelo Card Services, Inc. (0621); D'Angelo's Sandwich Shops, Inc. (7947); Progressive Food, Inc. (6224); D'Angelo Franchising Corporation (8398); and Delops, Inc. (7945). The Debtors' mailing address is 600 Providence Highway, Dedham, MA 02026.

[2] Capitalized terms that are not otherwise defined herein have the meanings given to such terms in the Bidding Procedures or Sale Motion.

District of Delaware (the "Court"), seeking, among other things, entry of an order (the "Sale Order") authorizing and approving: (a) the sale (the "Sale") of certain assets (the "Purchased Assets") free and clear of all liens, claims, encumbrances, and other interests (other than Permitted Encumbrances), with all such liens, claims, encumbrances, and other interests attaching with the same validity and priority to the Sale proceeds, if any, to WC Purchaser LLC, the designee for the credit bid of the Debtors' prepetition first lien lender and DIP lender, WC Financeco A LLC (the "Stalking Horse"), except as set forth in the Stalking Horse Purchase Agreement and subject to higher or otherwise better offers; and (b) certain procedures for the assumption and assignment of executory contracts (the "Contracts") and unexpired leases (the "Leases") in connection with the Sale.

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as **Exhibit A** is a revised version of the Stalking Horse Purchase Agreement that was attached to the Sale Motion along with the schedules thereto. The Stalking Horse Purchase Agreement and the schedules thereto may be further revised from time to time.

**PLEASE TAKE FURTHER NOTICE** that copies of the Sale Motion (and all exhibits thereto), the Bidding Procedures Order, the Bidding Procedures, the Stalking Horse Purchase Agreement attached to this notice, and the proposed Sale Order (and all exhibits thereto) are available for review free of charge by accessing www.dm.epiq11.com/#/case/PGP/info. In addition, copies of such documents are available upon written request via first class mail to Epiq Bankruptcy Solutions, LLC, Re: PGHC Holdings, Inc., et al, 777 Third Avenue, New York, NY 10017 or via telephone at (646) 282-2400.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bidding Procedures Order, a separate notice has been provided to the counterparties to executory contracts and unexpired leases that may be assumed and assigned in connection with the Sale.

| | |
|---|---|
| Dated: December 21, 2018<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Daniel Butz*<br>Derek C. Abbott (No. 3376)<br>Daniel B. Butz (No. 4227)<br>Matthew B. Harvey (No. 5186)<br>Eric W. Moats (No. 6441)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>dabbott@mnat.com<br>mharvey@mnat.com<br>emoats@mnat.com<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* |