**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>PGHC Holdings, Inc., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-12537 (MFW)<br><br>Jointly Administered<br><br>**Re: D.I. 20, 150, 194** |

**NOTICE OF NO ADDITIONAL BIDDERS
AND CANCELLATION OF AUCTION**

      **PLEASE TAKE NOTICE** that on November 30, 2018, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order Pursuant to Sections 105, 363, 364 and 541 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006 and 9007 and Del. Bankr. L.R. 2002-1 and 6004-1 (A) Approving Bidding Procedures and Bid Protections for the Sale of Substantially All Assets of Debtors; (B) Approving Procedures for the Assumption and Assignment Rejection of Designated Executory Contracts and Unexpired Leases; (C) Scheduling the Auction and Sale Hearing; (D) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; and (E) Granting Related Relief* [D.I. 150] (the "Bidding Procedures Order")[2] by which the Court approved procedures to conduct a sale (the "Sale") of certain assets (the "Purchased Assets") free and clear of all liens, claims, encumbrances, and other interests (other than Permitted Encumbrances) and conduct an auction (the "Auction") pursuant to section 363 of the Bankruptcy Code.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order: (i) the Court approved WC Financeco A LLC as the Stalking Horse; (ii) the bid deadline for competing qualified bids was established as Friday, January 11, 2019, at 5:00 p.m. prevailing Eastern Time (the "Bid Deadline"); and (iii) the Auction was scheduled for Wednesday, January 16, 2019, at 10:00 a.m. prevailing Eastern Time.

      **PLEASE TAKE FURTHER NOTICE** that no competing bids (Qualified Bids or otherwise) for the Purchased Assets (other than the Qualified Bid of the Stalking Horse) were

---

[1]     The Debtors in these cases, along with the last four digits of each Debtors' federal EIN, are as follows: PGHC Holdings, Inc. (4262); Papa Gino's Holdings Corp. (6681); Papa Gino's, Inc. (1264); Papa Gino's Franchising Corp. (2690); Papa Gino's/D'Angelo Card Services, Inc. (0621); D'Angelo's Sandwich Shops, Inc. (7947); Progressive Food, Inc. (6224); D'Angelo Franchising Corporation (8398); and Delops, Inc. (7945). The Debtors' mailing address is 600 Providence Highway, Dedham, MA 02026.

[2]     Capitalized terms that are not otherwise defined herein have the meanings given to such terms in the Bidding Procedures Order.

received on or prior to the Bid Deadline.

**PLEASE TAKE FURTHER NOTICE** that because the Debtors received no Qualified Bids other than the Stalking Horse Purchase Agreement, **THE DEBTORS HAVE CANCELLED THE AUCTION** in accordance with the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bidding Procedures Order, the Debtors have selected and designated the Stalking Horse as the Successful Bidder and the Stalking Horse Purchase Agreement (as revised on December 21, 2018 [D.I. 194]) as the Successful Bid for the Purchased Assets.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek approval of the Sale of the Purchased Assets to the Stalking Horse at the hearing currently scheduled for **Wednesday, January 23, 2019, at 10:00 a.m. prevailing Eastern Time** before the Honorable Judge Mary F. Walrath, in Courtroom #4 of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801, in accordance with the Bidding Procedures.

| | |
|---|---|
| Dated: January 14, 2019<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Daniel B. Butz*<br>Derek C. Abbott (No. 3376)<br>Daniel B. Butz (No. 4227)<br>Matthew B. Harvey (No. 5186)<br>Eric W. Moats (No. 6441)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* |