## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| PGHC Holdings, Inc., *et al.*, | Case No. 18-12537 (MFW) |
| Debtors.[1] | Jointly Administered |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON JANUARY 23, 2019 AT 10:00 A.M. (ET)

### RESOLVED MATTERS

1.     Debtors' Second Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases and Subleases of Nonresidential Real Property *Nunc Pro Tunc* to the Filing Date and (II) Granting Related Relief (D.I. 158, Filed 12/4/18).

Objection Deadline: December 18, 2018 at 4:00 p.m. (ET).

Related Pleadings:

   a.     Certification of Counsel Regarding Proposed Order Granting Debtors' Second Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases and Subleases of Nonresidential Real Property *Nunc Pro Tunc* to the Filing Date and (II) Granting Related Relief (D.I. 203, Filed 1/2/19); and

   b.     Order Granting Debtors' Second Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases and Subleases of Nonresidential Real Property *Nunc Pro Tunc* to the Filing Date and (II) Granting Related Relief (D.I. 213, Entered 1/3/19).

Responses Received:

   a.     Response to Debtors Second Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases and Subleases of Nonresidential Real Property *Nunc Pro Tunc* to the Filing Date and (II) Granting

---

[1]     The Debtors in these cases, along with the last four digits of each Debtors' federal EIN, are as follows: PGHC Holdings, Inc. (4262); Papa Gino's Holdings Corp. (6681); Papa Gino's, Inc. (1264); Papa Gino's Franchising Corp. (2690); Papa Gino's/D'Angelo Card Services, Inc. (0621); D'Angelo's Sandwich Shops, Inc. (7947); Progressive Food, Inc. (6224); D'Angelo Franchising Corporation (8398); and Delops, Inc. (7945).  The Debtors' mailing address is 600 Providence Highway, Dedham, MA 02026.

[2]     **Amended items appear in bold.**

Related Relief Filed by E & E Realty Trust (D.I. 168, Filed 12/12/18).

Status: An order has been entered regarding this matter. No hearing is necessary.

2.     Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of Kelley Drye & Warren LLP as Lead Counsel *Nunc Pro Tunc* to November 15, 2018 (D.I. 171, Filed 12/13/18).

Objection Deadline: December 27, 2018 at 4:00 p.m. (ET).

Related Pleadings:

a.     Certificate of No Objection Regarding Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of Kelley Drye & Warren LLP as Lead Counsel *Nunc Pro Tunc* to November 15, 2018  (D.I. 199, Filed 12/28/18); and

b.     Order Authorizing the Employment and Retention of Kelley Drye & Warren LLP as Lead Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to November 15, 2018 (D.I. 210, Entered 1/3/19).

Responses Received: None.

Status: An order has been entered regarding this matter. No hearing is necessary.

3.     Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing Retention and Employment of Bayard, P.A. as Co-Counsel to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc* to November 15, 2018 (D.I. 172, Filed 12/13/18).

Objection Deadline: December 27, 2018 at 4:00 p.m. (ET).
Related Pleadings:

a.     Certificate of No Objection Regarding Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing Retention and Employment of Bayard, P.A. as Co-Counsel to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc* to November 15, 2018 (D.I. 200, Filed 12/28/18); and

b.     Order Authorizing Employment and Retention of Bayard, P.A. as Co-Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to November 15, 2018 (D.I. 211, Entered 1/3/19).

Responses Received: None.

Status: An order has been entered regarding this matter. No hearing is necessary.

4.      Application for Entry of an Order Authorizing and Approving the Employment of Province, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of November 15, 2018 (D.I. 173, Filed 12/13/18).

Objection Deadline: December 27, 2018 at 4:00 p.m. (ET).

Related Pleadings:

a.      Certificate of No Objection Regarding Application for Entry of an Order Authorizing and Approving the Employment of Province, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of November 15, 2018 (D.I. 201, Filed 12/28/18); and

b.      Order Authorizing and Approving the Employment of Province, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of November 15, 2018 (D.I. 212, Entered 1/3/19).

Responses Received: None.

Status: An order has been entered regarding this matter. No hearing is necessary.

5.      Motion of the Official Committee of Unsecured Creditors for an Order Determining that the Committee is Not Required to Provide Access to Confidential or Privileged Information of the Debtors (D.I. 185, Filed 12/17/18).

Objection Deadline: December 31, 2018 at 4:00 p.m. (ET).

Related Pleadings:

a.      Certificate of No Objection Regarding Motion of the Official Committee of Unsecured Creditors for an Order Determining that the Committee is Not Required to Provide Access to Confidential or Privileged Information of the Debtors (D.I. 204, Filed 1/2/19); and

b.      Order Determining that the Official Committee of Unsecured Creditors is Not Required to Provide Access to Confidential Information or Privileged Information of the Debtors (D.I. 215, Entered 1/4/19).

Responses Received: None.

Status:  An order has been entered regarding this matter. No hearing is necessary.

## CONTESTED MATTERS GOING FORWARD

6.      Debtors' Motion for (I) an Order Pursuant to Sections 105, 363, 364, 365 And 541 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006 and 9007 and Del. Bankr. L.R. 2002-1 and 6004-1 (A) Approving Bidding Procedures and Bid Protections for the Sale of Substantially all Assets of Debtor; (B) Approving Procedures for the Assumption and Assignment or Rejection of Designated Executory Contracts and Unexpired Leases; (C)

Scheduling the Auction and Sale Hearing; (D) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; and (E) Granting Related Relief; (II) an Order (A) Approving the Sale of the Debtors Assets Free and Clear of Claims, Liens, and Encumbrances; and (B) Approving the Assumption and Assignment of Designated Executory Contracts and Unexpired Leases; and (III) Certain Related Relief (D.I. 20, Filed 11/5/18).

Objection Deadline: January 15, 2019 at 5:00 p.m. (ET).  **Extended to January 21, 2019 at 12:00 p.m. (ET) for Toast, Inc.**

Related Pleadings:

a.      Order Pursuant to Sections 105, 363, 364, 365 And 541 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006 and 9007 and Del. Bankr. L.R. 2002-1 and 6004-1 (A) Approving Bidding Procedures and Bid Protections for the Sale of Substantially all Assets of Debtors; (B) Approving Procedures for the Assumption and Assignment or Rejection of Designated Executory Contracts and Unexpired Leases; (C) Scheduling the Auction and Sale Hearing; (D) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; and (E) Granting Related Relief (D.I. 150, Entered 11/30/18);

b.      Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing the Cure Amounts, and (III) Deadline to Object Thereto (D.I. 192, Filed 12/21/18);

c.      Notice of Sale, Bidding Procedures, Auction and Sale Hearing (D.I. 193, Filed 12/21/18);

d.      Notice of Filing of Revised Stalking Horse Asset Purchase Agreement (D.I. 194, Filed 12/21/18); and

e.      Notice of No Additional Bidders and Cancellation of Auction (D.I. 247, Filed 1/14/19).

Responses Received:

a.      Objection of Skip Fern Trust I to Proposed Cure Amount (D.I. 241, Filed 1/8/19);

         Status: Objection resolved at an amended cure amount of $6,378.

b.      Ardent Mills, LLC's Limited Objection to Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing of Cure Amounts, and (III) Deadline to Object Thereto and Reservation of Rights (D.I. 248, Filed 1/14/19);

         Status: The hearing on this response will go forward.

c.      Objection of Scata Family Limited Partnership to Proposed Cure Amount (D.I. 249, Filed 1/15/19);

         Status: **Objection resolved at an amended cure amount of $40,595.74.**

d.     Linear Retail Manchester #2, LLC and Linear Retail Smithfield #1, LLC's Reservation of Rights to the Proposed Saale of the Debtors' Assets (D.I. 250, Filed 1/15/19);

Status: **Objection resolved.**

e.     Whitman/682 Bedford LLC's Objection and Reservation of Rights to the Proposed Sale of the Debtors' Assets (D.I. 251, Filed 1/15/19);

Status: Objection resolved at an amended cure amount of $8,178.20.

f.     WJG Realty Company LLC's Objection and Reservation of Rights to the Proposed Sale of the Debtors' Assets (D.I. 252, Filed 1/15/19);

Status: Objection resolved at an amended cure amount of $9,655.49.

g.     The Stop & Shop Supermarket Company LLC's Objection and Reservation of Rights to the Proposed Sale of the Debtors' Assets (D.I. 253, Filed 1/15/19);

Status: Objection resolved at an amended cure amount of $10,391.60.

h.     Taunton Depot Lot E, LLC's Reservation of Rights to the Proposed Sale of the Debtors' Assets (D.I. 254, Filed 1/15/19);

Status: **Objection resolved.**

i.     Hannaford Bros. Co. LLC's Reservation of Rights to the Proposed Sale of the Debtors' Assets (D.I. 255, Filed 1/15/19);

Status: **Objection resolved.**

j.     Objection of RPAI Worcester Lincoln Plaza, L.L.C. to (A) Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing of Cure Amounts, and (III) Deadline to Object Thereto and (B) Adequate Assurance Information of Stalking Horse Purchaser (D.I. 256, Filed 1/15/19);

Status: The hearing on this response will go forward.

k.     Objection of IREIT Shrewsbury White City, L.L.C. to (A) Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing of Cure Amounts, and (III) Deadline to Object Thereto and (B) Adequate Assurance Information of Stalking Horse Purchaser (D.I. 257, Filed 1/15/19);

Status: **Objection resolved in part at an amended cure amount of $17,589.18. The hearing on the adequate assurance objection will go forward.**

l.     Limited Objection of Federal Realty Investment Trust and FLV Campus Plaza LP

to Debtors' Motion for (I) an Order Pursuant to Sections 105, 363, 364, 365 and 541 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006 and 9007 and Del. Bankr. L.R. 2002-1 and 6004-1 (A) Approving Bidding Procedures and Bid Protections for the Sale of Substantially All Assets of Debtor; (B) Approving Procedures for the Assumption and Assignment or Rejection of Designated Executory Contracts and Unexpired Leases; (C) Scheduling the Auction and Sale Hearing; (D) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; and (E) Granting Related Relief; (II) an Order (A) Approving the Sale of the Debtors Assets Free and Clear of Claims, Liens, and Encumbrances; and (B) Approving the Assumption and Assignment of Designated Executory Contracts and Unexpired Leases; and (III) Certain Related Relief and Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing the Cure Amounts, and (III) Deadline to Object Thereto (D.I. 258, Filed 1/15/19);

Status: The hearing on this response will go forward.

m.     Limited Objection and Reservation of Rights of Landlord, Bunker Hill Mall LLC, Regarding Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing of Cure Amounts, and (III) Deadline to Object Thereto (D.I. 259, Filed 1/15/19);

Status: **The Bunker Hill Mall LLC lease will not be assumed and assigned in connection with the closing of the sale or during the designation period after the sale. This resolves this objection.**

n.     Joinder of GINPOP Property LLC to Objection to (A) Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing of Cure Amounts, and (III) Deadline to Object Thereto and (B) Adequate Protection Information of Stalking Horse Bidder (D.I. 260, Filed 1/15/19);

Status: The hearing on this response will go forward.

o.     Objection and Reservation of Rights by Landlords and Franchisee to Proposed Cure Amounts and Assumption/Assignment of Leases and Franchise Agreements (D.I. 261, Filed 1/15/19);

Status: The hearing on this response will go forward.

p.     Objection of TRT Kingston II LLC, TRT Braintree LLC and TRT Wareham LLC to Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing of Cure Amounts, and (III) Deadline to Object Thereto (D.I. 262, Filed 1/15/19);

Status: **Objection resolved in part at an amended cure amount of $8,999.64. The hearing on the adequate assurance objection will go forward.**

q.     Limited Objection and Reservation of Rights by Franchisees to Assumption/Assignment of Franchise Agreements (D.I. 263, Filed 1/15/19);

Status: The hearing on this response will go forward.

r.      Limited Objection and Reservation of Rights by South Kingston Foodservice, Inc. to Assumption/Assignment of Franchise Agreement (D.I. 264, Filed 1/15/19);

        Status: The hearing on this response will go forward.

s.      McDonald's Corporation's Limited Objection and Reservation of Rights to Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing of Cure Amounts, and (III) Deadline to Object Thereto (D.I. 265, Filed 1/15/19);

        Status: The hearing on this response will go forward.

t.      Informal Comments from Richmond Center Limited Partnership;

        Status: Informal Comments resolved at an amended cure amount of $10,940.42.

u.      Informal Comments from Dedham Marketplace LLC;

        Status: Informal Comments resolved at an amended cure amount of $11,195.62.

v.      Informal Comments from SAT SR Limited Partnership;

        Status: Informal Comments resolved at an amended cure amount of $8,654.37.

w.      Informal Comments from DJM NNN II, LLC;

        Status: Informal Comments resolved at an amended cure amount of $12,402.09.

x.      Informal Comments from The Grossman Companies;

        Status: Informal Comments resolved at an amended cure amount of $13,344.96.

y.      Informal Comments from The Compass Rose Property Co.;

        Status: Informal Comments resolved at an amended cure amount of $23,021.61.

z.      Informal Comments from South Dennis Acquisition Corp.;

        Status: Informal Comments resolved at an amended cure amount of $12,873.72.

aa.     Informal Comments from Norwood Plaza LLC;

        Status: Informal Comments resolved at an amended cure amount of $11,370.81.

bb.     Informal Comments from Merchants Automotive Group Inc.;

        Status: Informal Comments resolved under stipulation.

cc.     Informal Comments from Toast, Inc.;

        Status: **Informal comments resolved with language in the Sale Order**.

dd.  Informal Comments from Ardent Mills, LLC; and

Status: The hearing on these informal comments will go forward.

**ee.  Objection of Infor (US), Inc. to Proposed Sale of Substantially All of the Debtors' Assets and Proposed Assumption and Assignment of Executory Contract (D.I. 275, Filed 1/16/19).**

**Status:  The hearing on this response will go forward.**

Status:  **The hearing on this matter will go forward regarding responses b, j, k, l, n, o, p, q, r, s, ee and informal comments dd.**

7.  Debtors' Motion for Entry of an Order (I) Authorizing Rejection of Services Agreement Between Certain Debtors and Superdigital, LLC *Nunc Pro Tunc* to the Filing Date and (II) Granting Related Relief (D.I. 188, Filed 12/19/18).

Objection Deadline: January 3, 2019 at 4:00 p.m. (ET).

Related Pleadings: None.

Responses Received:

a.  Objection of Superdigital, LLC to Debtors Motion for Entry of an Order (I) Authorizing Rejection of Services Agreement Between Certain Debtors and Superdigital, LLC Nunc Pro Tunc to the Filing Date and (II) Granting Related Relief (D.I. 214, Filed 1/3/19).

Status: The hearing on this matter will go forward.

Dated: January 22, 2019          MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, Delaware

*/s/ Eric W. Moats*
Derek C. Abbott (No. 3376)
Matthew B. Harvey (No. 5186)
Eric W. Moats (No. 6441)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
dabbott@mnat.com
mharvey@mnat.com
emoats@mnat.com

*Counsel to the Debtors and
Debtors in Possession*