## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| PGHC Holdings, Inc., *et al.*, | Case No. 18-12537 (MFW) |
| Debtors.[1] | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON FEBRUARY 21, 2019 AT 2:00 P.M. (ET)

### RESOLVED MATTERS

1.  Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 363 and Fed. R. Bankr. P. 9019 (I) Authorizing Papa Ginos, Inc. to Enter Into a Stipulation Amending the Motor Vehicle Lease Agreement with Merchants Automotive Group, Inc. Effective as of January 11, 2019, and (II) Granting Related Relief (D.I. 266, Filed 1/15/19).

    Objection Deadline: January 29, 2019 at 4:00 p.m. (ET).

    Related Pleadings:

    a.  Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 363 and Fed. R. Bankr. P. 9019 (I) Authorizing Papa Ginos, Inc. to Enter Into a Stipulation Amending the Motor Vehicle Lease Agreement with Merchants Automotive Group, Inc. Effective as of January 11, 2019, and (II) Granting Related Relief (D.I. 295, Filed 1/30/19); and

    b.  Order Pursuant to 11 U.S.C. §§ 105(a) and 363 and Fed. R. Bankr. P. 9019 (I) Authorizing Papa Ginos, Inc. to Enter Into a Stipulation Amending the Motor Vehicle Lease Agreement with Merchants Automotive Group, Inc. Effective as of January 11, 2019, and (II) Granting Related Relief (D.I. 299, Entered 2/1/19).

    Responses Received: None.

    Status: An order has been entered regarding this matter. No hearing is necessary.

2.  Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Reject that Certain Unexpired Lease of Nonresidential Real Property Located at 19 Austin Street,

---

[1]    The Debtors in these cases, along with the last four digits of each Debtors' federal EIN, are as follows: PGHC Holdings, Inc. (4262); Papa Gino's Holdings Corp. (6681); Papa Gino's, Inc. (1264); Papa Gino's Franchising Corp. (2690); Papa Gino's/D'Angelo Card Services, Inc. (0621); D'Angelo's Sandwich Shops, Inc. (7947); Progressive Food, Inc. (6224); D'Angelo Franchising Corporation (8398); and Delops, Inc. (7945). The Debtors' mailing address is 600 Providence Highway, Dedham, MA 02026.

Charlestown, Massachusetts 02129 *Nunc Pro Tunc* to January 23, 2019, and (B) Abandon Personal Property in Connection Therewith and (II) Granting Related Relief (D.I. 284, Filed 1/23/19).

<u>Objection Deadline</u>: February 6, 2019 at 4:00 p.m. (ET).

<u>Related Pleadings</u>:

a.    Certification of Counsel Regarding Revised Proposed Order (I) Authorizing the Debtors to (A) Reject that Certain Unexpired Lease of Nonresidential Real Property Located at 19 Austin Street, Charlestown, Massachusetts 02129 *Nunc Pro Tunc* to January 23, 2019, and (B) Abandon Personal Property in Connection Therewith and (II) Granting Related Relief (D.I. 315, Filed 2/7/19); and

b.    Order (I) Authorizing the Debtors to (A) Reject that Certain Unexpired Lease of Nonresidential Real Property Located at 19 Austin Street, Charlestown, Massachusetts 02129 *Nunc Pro Tunc* to January 23, 2019, and (B) Abandon Personal Property in Connection Therewith and (II) Granting Related Relief (D.I. 318, Entered 2/11/19).

<u>Responses Received</u>: None.

<u>Status</u>: An order has been entered regarding this matter. No hearing is necessary.

## CONTESTED MATTER GOING FORWARD

3.    Debtors' Motion for Entry of an Order Extending the Debtors Time to File Notices of Removal of Claims and Causes of Action Related to the Debtors Chapter 11 Cases (D.I. 296, Filed 1/30/19).

<u>Objection Deadline</u>: February 13, 2019 at 4:00 p.m. (ET).

<u>Related Pleadings</u>: None.

<u>Responses Received</u>:

a.    Objection of Raymond Wilson (Unfiled).

<u>Status</u>: The hearing on this matter will go forward.

Dated: February 19, 2019
   Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Matthew B. Harvey*
Derek C. Abbott (No. 3376)
Matthew B. Harvey (No. 5186)
Eric W. Moats (No. 6441)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
dabbott@mnat.com
mharvey@mnat.com
emoats@mnat.com

*Counsel to the Debtors and Debtors in Possession*