# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>PGHC Holdings, Inc., *et al.*,<br><br>                Debtors.[1] | Chapter 11<br><br>Case No. 18-12537 (MFW)<br><br>Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 5, 2019 AT 1:00 P.M. (ET)

**CONTESTED MATTER GOING FORWARD**

1. Debtors' Motion for Entry of an Order Extending the Time by Which the Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property (D.I. 331, Filed 2/19/19).

   Objection Deadline: February 26, 2019 at 4:00 p.m. (ET).

   Related Pleadings:

   a. Certification of Counsel Regarding Revised Proposed Order Extending the Time by Which the Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property (D.I. 356, Filed 2/28/19).

   Responses Received:

   a. Informal Comments of Federal Realty Investment Trust ("Federal Realty"); and

   b. Objection Motion to Extend Debtors' Motion for Entry of an Order Extending the Time by Which the Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property Filed by Charles S. Rotondi (D.I. 354, Filed 2/27/19).

   Status: The Debtors have agreed upon revised language to incorporate Federal Realty's informal comments, which are reflected in the revised order attached to the filed certification of counsel (D.I. 356). The Debtors believe that Mr. Rotondi's objection is mooted by the recently-filed Third Omnibus Rejection Motion (D.I. 347), which is

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal EIN, are as follows: PGHC Holdings, Inc. (4262); Papa Gino's Holdings Corp. (6681); Papa Gino's, Inc. (1264); Papa Gino's Franchising Corp. (2690); Papa Gino's/D'Angelo Card Services, Inc. (0621); D'Angelo's Sandwich Shops, Inc. (7947); Progressive Food, Inc. (6224); D'Angelo Franchising Corporation (8398); and Delops, Inc. (7945). The Debtors' mailing address is 600 Providence Highway, Dedham, MA 02026.

rejecting Mr. Rotondi's lease; however, Mr. Rotondi has not withdrawn his objection at this time. The hearing on this matter will go forward.

Dated: March 1, 2019
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Daniel B. Butz*
Derek C. Abbott (No. 3376)
Daniel B. Butz (No. 4227)
Matthew B. Harvey (No. 5186)
Eric W. Moats (No. 6441)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
dabbott@mnat.com
dbutz@mnat.com
mharvey@mnat.com
emoats@mnat.com

*Counsel to the Debtors and Debtors in Possession*