IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>PGHC Holdings, Inc., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-12537 (MFW)<br><br>Jointly Administered<br><br>**Re: D.I. 344** |

ORDER EXTENDING THE EXCLUSIVE PERIODS FOR
DURING WHICH ONLY THE DEBTORS MAY FILE A
<u>CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF</u>

Upon the motion (the "<u>Motion</u>")[2] of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"), pursuant to section 1121(d) of the Bankruptcy Code and Local Rule 9006-2, extending the exclusive period during which the Debtors have the exclusive right to file a chapter 11 plan (the "<u>Exclusive Filing Period</u>") by four months through and including July 5, 2019, and extending the period during which the Debtors have the exclusive right to solicit acceptances thereof (the "<u>Exclusive Solicitation Period</u>" and together with the Exclusive Filing Period, the "<u>Exclusive Periods</u>") by approximately four months through and including September 5, 2019; and due and sufficient notice of the Motion having been given under the circumstances; and it appearing that no other or further notice need be provided under the circumstances; and it appearing that the relief requested by this Motion is in the best interests

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal EIN, are as follows: PGHC Holdings, Inc. (4262); Papa Gino's Holdings Corp. (6681); Papa Gino's, Inc. (1264); Papa Gino's Franchising Corp. (2690); Papa Gino's/D'Angelo Card Services, Inc. (0621); D'Angelo's Sandwich Shops, Inc. (7947); Progressive Food, Inc. (6224); D'Angelo Franchising Corporation (8398); and Delops, Inc. (7945). The Debtors' mailing address is 600 Providence Highway, Dedham, MA 02026.

[2] Capitalized terms not defined herein are defined in the Motion.

of the Debtors, their estates, and their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Exclusive Filing Period is hereby extended through and including July 5, 2019, pursuant to section 1121(d) of the Bankruptcy Code.

3. The Exclusive Solicitation Period is hereby extended through and including September 5, 2019, pursuant to section 1121(d) of the Bankruptcy Code.

4. This Order is without prejudice to the Debtors' right to seek further extensions of the Exclusive Periods.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

**Dated: March 13th, 2019**
**Wilmington, Delaware**

-2-

MARY F. WALRATH
**UNITED STATES BANKRUPTCY JUDGE**