# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| PGHC Liquidating, Inc., *et al.*, f/k/a/ PGHC Holdings, Inc., | Case No. 18-12537 (MFW) |
| | Jointly Administered |
| Debtors.[1] | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JULY 16, 2019 AT 3:00 P.M. (ET)

MATTER GOING FORWARD

1. Debtors' Second Motion for Entry of an Order Extending the Debtors' Time to File Notices of Removal of Claims and Causes of Action Related to the Debtors' Chapter 11 Cases (D.I. 512, Filed 6/3/19).

   Objection Deadline: June 17, 2019 at 4:00 p.m. (ET).

   Related Pleadings:

   Responses Received:

   Status: The Debtors plan to withdraw the motion prior to the hearing if the Debtors are able to confirm, in consultation with the Committee, that there are no currently pending actions which might need to be removed. Otherwise, this matter is going forward.

FEE APPLICATIONS

2. Interim Fee Application Hearing.

   Related Pleadings: See attached Exhibit A.

   Responses Received: None. The objection deadline to the fee applications for the Committee Professionals was extended to July 10, 2019 at 4:00 p.m. (ET) for the U.S. Trustee.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal EIN, are as follows: PGHC Liquidating, Inc. (f/k/a PGHC Holdings, Inc.) (4262); PGH Liquidating, Inc. (f/k/a Papa Gino's Holdings Corp.) (6681); PG Liquidating, Inc. (f/k/a Papa Gino's, Inc.) (1264); PGFC Liquidating, Inc. (f/k/a Papa Gino's Franchising Corp.) (2690); PGDACS Liquidating, Inc. (f/k/a Papa Gino's/D'Angelo Card Services, Inc.) (0621); DASS Liquidating, Inc. (f/k/a D'Angelo Sandwich Shops, Inc.) (7947); PGPF Liquidating, Inc. (f/k/a Progressive Food, Inc.) (6224); DAFC Liquidating, Inc. (f/k/a D'Angelo Franchising Corporation) (8398); and PGDI Liquidating, Inc. (f/k/a Delops, Inc.) (7945). The Debtors' mailing address is 600 Providence Highway, Dedham, MA 02026.

-2-

<u>Status</u>:  The Debtors intend to submit a proposed form of order in advance of the hearing once the Committee files a certification of no objection or indicates any necessary revisions to the form of order.  This matter is going forward.

| | |
|---|---|
| Dated: July 12, 2019<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Matthew B. Harvey*<br>Derek C. Abbott (No. 3376)<br>Daniel B. Butz (No. 4227)<br>Matthew B. Harvey (No. 5186)<br>Eric W. Moats (No. 6441)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>dabbott@mnat.com<br>dbutz@mnat.com<br>mharvey@mnat.com<br>emoats@mnat.com<br><br>*Counsel to the Debtors and Debtors in Possession* |