**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>PGHC Liquidating, Inc., *et al.*,<br>f/k/a/ PGHC Holdings, Inc.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-12537 (MFW)<br><br>Jointly Administered<br><br>**Re: D.I. 544** |

**ORDER EXTENDING THE EXCLUSIVE PERIODS FOR**
**DURING WHICH ONLY THE DEBTORS MAY FILE A**
**CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 1121(d) of the Bankruptcy Code and Local Rule 9006-2, extending the exclusive period during which the Debtors have the exclusive right to file a chapter 11 plan (the "Exclusive Filing Period") by 90 days, through and including October 3, 2019, and extending the period during which the Debtors have the exclusive right to solicit acceptances thereof (the "Exclusive Solicitation Period" and together with the Exclusive Filing Period, the "Exclusive Periods") by 90 days through and including December 4, 2019; and due and sufficient notice of the Motion having been given under the circumstances; and it appearing that no other or further notice need be provided under the circumstances; and it appearing that the relief requested by this Motion is in the best interests of the Debtors, their

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal EIN, are as follows: PGHC Liquidating, Inc. (f/k/a PGHC Holdings, Inc.) (4262); PGH Liquidating, Inc. (f/k/a Papa Gino's Holdings Corp.) (6681); PG Liquidating, Inc. (f/k/a Papa Gino's, Inc.) (1264); PGFC Liquidating, Inc. (f/k/a Papa Gino's Franchising Corp.) (2690); PGDACS Liquidating, Inc. (f/k/a Papa Gino's/D'Angelo Card Services, Inc.) (0621); DASS Liquidating, Inc. (f/k/a D'Angelo Sandwich Shops, Inc.) (7947); PGPF Liquidating, Inc. (f/k/a Progressive Food, Inc.) (6224); DAFC Liquidating, Inc. (f/k/a D'Angelo Franchising Corporation) (8398); and PGDI Liquidating, Inc. (f/k/a Delops, Inc.) (7945). The Debtors' mailing address is 600 Providence Highway, Dedham, MA 02026.

[2] Capitalized terms not defined herein are defined in the Motion.

estates, and their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Exclusive Filing Period is hereby extended through and including October 3, 2019, pursuant to section 1121(d) of the Bankruptcy Code.

3. The Exclusive Solicitation Period is hereby extended through and including December 4, 2019, pursuant to section 1121(d) of the Bankruptcy Code.

4. This Order is without prejudice to the Debtors' right to seek further extensions of the Exclusive Periods.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

**Dated: August 19th, 2019**
**Wilmington, Delaware**

-2-

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**