**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| PGHC Liquidating, Inc., *et al.*, f/k/a/ PGHC Holdings, Inc., | Case No. 18-12537 (MFW) |
| | Jointly Administered |
| Debtors. [1] | |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 26, 2019 AT 3:00 P.M. (ET)

MATTER GOING FORWARD

1.     Debtors' Motion for Entry of an Initial Order and a Further Order (I) Establishing Procedures with Respect to Administrative and 503(b)(9) Claims and Final Fee Applications; (II) Authorizing the Debtors to Make Distributions to Claimants Holding Allowed Administrative Claims and Allowed 503(b)(9) Claims; (III) Authorizing the Debtors to Abandon Certain Property; (IV) Dismissing the Debtors' Chapter 11 Cases; (V) Authorizing the Debtor Entities to be Dissolved in Accordance with Applicable State Law; and (VI) Granting Related Relief (D.I. 600, Filed 9/4/19).

Objection Deadline: September 19, 2019 at 4:00 p.m. (ET), extended to September 20, 2019 at 4:00 p.m. (ET) for Chubb Insurance Companies.

Related Pleadings:  None.

Responses Received: None.

Status: This matter is going forward.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal EIN, are as follows: PGHC Liquidating, Inc. (f/k/a PGHC Holdings, Inc.) (4262); PGH Liquidating, Inc. (f/k/a Papa Gino's Holdings Corp.) (6681); PG Liquidating, Inc. (f/k/a Papa Gino's, Inc.) (1264); PGFC Liquidating, Inc. (f/k/a Papa Gino's Franchising Corp.) (2690); PGDACS Liquidating, Inc. (f/k/a Papa Gino's/D'Angelo Card Services, Inc.) (0621); DASS Liquidating, Inc. (f/k/a D'Angelo Sandwich Shops, Inc.) (7947); PGPF Liquidating, Inc. (f/k/a Progressive Food, Inc.) (6224); DAFC Liquidating, Inc. (f/k/a D'Angelo Franchising Corporation) (8398); and PGDI Liquidating, Inc. (f/k/a Delops, Inc.) (7945). The Debtors' mailing address is 600 Providence Highway, Dedham, MA 02026.

Dated: September 24, 2019            MORRIS, NICHOLS, ARSHT & TUNNELL LLP
      Wilmington, Delaware

*/s/ Daniel B. Butz*
Derek C. Abbott (No. 3376)
Daniel B. Butz (No. 4227)
Matthew B. Harvey (No. 5186)
Eric W. Moats (No. 6441)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
dabbott@mnat.com
dbutz@mnat.com
mharvey@mnat.com
emoats@mnat.com

*Counsel to the Debtors and Debtors in Possession*