**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| PGHC Liquidating, Inc., *et al.*, f/k/a/ PGHC Holdings, Inc., | Case No. 18-12537 (MFW) |
| Debtors. [1] | Jointly Administered |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 6, 2020 AT 10:30 A.M. (ET)

MATTERS GOING FORWARD

1.      Debtors' First Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Reclassify; No Liability) (D.I. 644, Filed 12/2/19).

Objection Deadline:  December 30, 2019 at 4:00 p.m. (ET).

Related Pleadings:

a)      Notice of Submission of Proofs of Claim (D.I. 664, Filed 12/19/19).

Responses Received:

a)      The Town of Milford's Objection to Debtors' First Omnibus Objection (Substantive) to Certain Claims (D.I. 665, Filed 12/26/19).

Status:  This matter is going forward.

2.      Debtors' Second Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Duplicate) (D.I. 645, Filed 12/2/19).

Objection Deadline: December 30, 2019 at 4:00 p.m. (ET).

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal EIN, are as follows: PGHC Liquidating, Inc. (f/k/a PGHC Holdings, Inc.) (4262); PGH Liquidating, Inc. (f/k/a Papa Gino's Holdings Corp.) (6681); PG Liquidating, Inc. (f/k/a Papa Gino's, Inc.) (1264); PGFC Liquidating, Inc. (f/k/a Papa Gino's Franchising Corp.) (2690); PGDACS Liquidating, Inc. (f/k/a Papa Gino's/D'Angelo Card Services, Inc.) (0621); DASS Liquidating, Inc. (f/k/a D'Angelo Sandwich Shops, Inc.) (7947); PGPF Liquidating, Inc. (f/k/a Progressive Food, Inc.) (6224); DAFC Liquidating, Inc. (f/k/a D'Angelo Franchising Corporation) (8398); and PGDI Liquidating, Inc. (f/k/a Delops, Inc.) (7945). The Debtors' mailing address is 600 Providence Highway, Dedham, MA 02026.

Related Pleadings:  None.

Responses Received:

    a)    Informal comments from counsel to Merrimac Income Partners LP; Theatre District, LLC a/k/a The Wilder Companies Ltd.; Theatre District, LP a/k/a The Wilder Companies Ltd.; UBS Realty Investors LLC; and Westford Valley Marketplace Inc.

Status:  This matter is going forward.  The Debtors are working to resolve the informal comments with a revision to the form of order and expect to submit a revised form of order under certification of counsel.

Dated: January 2, 2020
    Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Eric W. Moats*
Derek C. Abbott (No. 3376)
Daniel B. Butz (No. 4227)
Matthew B. Harvey (No. 5186)
Eric W. Moats (No. 6441)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
dabbott@mnat.com
dbutz@mnat.com
mharvey@mnat.com
emoats@mnat.com

*Counsel to the Debtors and Debtors in Possession*